JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR RUIZ, | ) | Case No. CV 14-3568 DSF (MRWx) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| CENTRAL MORTGAGE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 10/23/14

                                                        DALE S. FISCHER
                                        United States District Judge